## J. I. LOCHRAN v. STATE.

No. A-4646.　Opinion Filed April 30, 1925.
(235 Pac. 556.)

(Syllabus.)

**Intoxicating Liquors—Unlawful Transportation—Conviction Sustained.**
In a prosecution for unlawfully transporting intoxicating liquor, evidence held to sustain a conviction.

Appeal from County Court, Jefferson County; E. L. Dillard, Judge.

J. I. Lochran was convicted of transporting intoxicating liquor, and he appeals. Affirmed.

Hays Dillard, for plaintiff in error.

The Attorney General, for the State.

DOYLE, J. The plaintiff in error was convicted on a charge of unlawfully conveying intoxicating liquor, the jury leaving his punishment to be fixed by the court. Motion for new trial was duly filed and overruled, and the court sentenced the defendant to be confined in the county jail for 30 days and to pay a fine of $50. He has appealed from the judgment, but no brief has been filed, and no appearance made on his behalf in this court.

Upon a careful examination of the record, we find that the evidence is sufficient to sustain the verdict, there is no prejudicial error in the rulings upon the admission

of testimony, and the instructions fully stated the law applicable to the case.

The judgment of the lower court is accordingly affirmed.

MATSON, P. J., and BESSEY, J., concur.